In the Matter of the Judicial Settlement of the Account of Proceedings of GAETANO GEORGE FIORE, as Executor and Trustee, and VITTORIO FIORE and ANDREW FIORE, as Substituted Trustees of MICHELE FIORE, Deceased. GAETANO

GEORGE FIORE, as Executor and Trustee, etc., and VITTORIO FIORE and ANDREW FIORE, as Substituted Trustees, etc., of MICHELE FIORE, Deceased, Appellants; ANTHONY FIORE, General Guardian of MICHAEL FIORE, an Infant, etc., and ALEXANDER DEL GIORNO, as Special Guardian for ANNA FIORE, GEORGETTA FIORE, GEORGE FIORE, JR,. ROSEMARIE FIORE, REMIGIA FIORE, PATRICK GUGLIUCCIELLO, MARY GUGLIUCCIELLO, JACQUELINE FIORE, RACHEL FIORE, MICHAEL FIORE, Son of VITTORIO FIORE, and LEONA GUGLIUCCIELLO, Infants, etc., Respondents.— Decree of the Surrogate's Court of Queens county, in an accounting proceeding, unanimously affirmed, with costs, payable by appellants personally, to respondent Anthony Fiore, general guardian of Michael Fiore, an infant. Order denying appellants' motion to vacate the decree and to permit appellants to submit additional proof affirmed, without costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.